

# Notice of Service of Process

null / ALL
Transmittal Number: 21019273
Date Processed: 01/24/2020

| | |
|---|---|
| **Primary Contact:** | Eric Manne<br>AIG Property Casualty<br>80 Pine St<br>Fl 13<br>New York, NY 10005-1734 |

| | |
|---|---|
| **Entity:** | National Union Fire Insurance Company of Pittsburgh, Pa.<br>Entity ID Number  0085137 |
| **Entity Served:** | National Union Fire Insurance Co. of Pittsburgh PA |
| **Title of Action:** | Danice Pittman vs. National Union Fire Insurance Company of Pittsburgh, PA |
| **Matter Name/ID:** | Danice Pittman vs. National Union Fire Insurance Company of Pittsburgh, PA (9963068) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | St. John the Baptist Parish District Court, LA |
| **Case/Reference No:** | C-74936 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 01/23/2020 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | Secretary Of State |
| **How Served:** | Certified Mail |
| **Sender Information:** | Robert R. Faucheux, Jr.<br>985-651-2889 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# State of Louisiana
## Secretary of State

01/22/2020

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA  70802-5921

Suit No.: 74936
40TH JUDICIAL DISTRICT COURT
SAINT JOHN THE BAPTIST PARISH

DANICE PITTMAN
vs
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINS

Date: 01/21/2020
Title:  DEPUTY SHERIFF

No: 1149058



TG

**D55529820**
D55529820

# CITATION

| | |
|---|---|
| DANICE PITTMAN | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST.JOHN THE BAPTIST |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGE, PA | STATE OF LOUISIANA |
| DOCKET NUMBER: C-74936 | |

SERVED ON
R. KYLE ARDOIN

JAN 21 2020

SECRETARY OF STATE
COMMERCIAL DIVISION

**To:** NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
THROUGH LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA     70809

**Parish: EAST BATON ROUGE**

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen **(15)** days after the service hereof, under penalty of default.

This service was ordered by **ROBERT R. FAUCHEUX, JR.** and was issued by the Clerk of Court on the **JANUARY 6, 2020**.

*Also attached are the following documents:
**PETITION FOR BREACH OF CONTRACT**

*Andrenese L.M. Thomas*
**ANDRENESE L.M. THOMAS**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $_____     BY:_____
MILEAGE $_____           DEPUTY SHERIFF
TOTAL   $_____

ORIGINAL – RETURN     COPY – SERVICE     COPY - CLERK

# 40th JUDICIAL DISTRICT COURT

# PARISH OF ST. JOHN THE BAPTIST

# STATE OF LOUISIANA

NUMBER: 74936　　　　　　　　　　　　DIVISION:

## DANICE PITTMAN

### VERSUS

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

FILED: _____ DEPUTY CLERK: _____

Eliana DeFrancesch, Clerk of Court
Filed: Dec 30, 2019  2:04 PM

*PETITION FOR BREACH OF CONTRACT*

133617142

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel comes, Danice Pittman, for the purpose of petitioning the court for a breach of contract by defendant, National Union Fire Insurance Company of Pittsburgh, PA, who with all due respect for the court represents the following:

*I.*

That your petitioner, Danice Pittman, is a person of the full age of majority and resident and domiciliary of the Parish of St. John the Baptist, State of Louisiana, and the mother of the deceased, Damon L. Pittman.

*II.*

That the defendant to this cause of action is National Union Fire Insurance Company of Pittsburgh, PA.

That the defendant, National Union Fire Insurance Company of Pittsburgh, PA, is a foreign insurance corporation authorized to do business in the State of Louisiana, and was doing business in the State of Louisiana, and they may be served through their agent for service, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

*III.*

That defendant, National Union Fire Insurance Company of Pittsburgh, PA, provided a basic group life insurance policy for Damon Pittman, through his employer, The Dow Chemical Company, under policy number PAI9900841A in the amount of Five Hundred Thousand and N0/100 ($500,000.00) Dollars.

*IV.*

That petitioner, Damon L. Pittman, died as a result of multiple blunt force injuries sustained in an automobile accident on May 30, 2017. The deceased, Damon L. Pittman, designated petitioner, Danice Pittman, as the beneficiary on his insurance policy, therefore she is entitled to the death benefits due and owing on the life of her son, Damon L. Pittman.

*V.*

Petitioner, Danice Pittman, contacted the insurance company advising them her son, Damon L. Pittman, had died in an automobile accident on May 30, 2017, and requested information on the Death Benefits due and owing on behalf of her son, Damon L Pittman.

*VI.*

Petitioner, Danice Pittman, received the Death Benefits Claim Packet from the defendant's third party and returned it to defendant along with the Proof of Loss Accidental Claim Form, which she signed on June 29, 2017, and supplemental documents, the death certificate and accident report..

*VII.*

Defendant, National Union Fire Insurance Company of Pittsburgh, PA, through its claims office, AIG Claims, sent correspondence to petitioner, Danice Pittman, requesting the autopsy report of her son, Damon L. Pittman, which she provided to them.

*VIII.*

On August 15, 2017 petitioner, Danice Pittman, received another copy of correspondence from AIG requesting copies of the coroner's report which was provided to defendant previously. Susan Wantland, Major Loss Examiner was sent a copy of the Autopsy Report by petitoiner, Danice

*IX.*

Petitioner, Danice Pittman, provided the defendant, National Union Fire Insurance Company of Pittsburghh, PA, with all documentation requested and they have still denied payment of the insurance policy on her deceased son, Damon Pittman.

*X.*

Defendant, National Union Fire Insurance Company of Pittsburghh, PA, has failed to make payment of the group life insurance policy in the amount of Fifty Thousand and N0/100 ($50,000.00) Dollars on Damon Pittman, to his rightful heir, Danice Pittman

*XI.*

Your petitioner, Danice Pittman, is further entitled to attorney's fees for the enforcement of

the contract by and between the defendant and petitioners, and court cost for the bringing of this suit.

## XII.

Your petitioner, Danice Pittman avers amicable demand all to no avail.

***WHEREFORE***, petitioner, Danice Pittman, prays:

a) That after due proceedings had there be judgment in favor of petitioners, Danice Pittman, and against defendant, National Union Fire Insurance Company of Pittsburghh, PA, in the sum of Fifty Thousand and N0/100 ($50,000.00), plus interest, with legal interest thereon until paid.

b) That the defendants be ordered to pay attorneys fees and pay all costs of these proceedings; and,

c) For any and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

Respectfully submitted,

FAUCHEUX LAW FIRM

Robert R. Faucheux, Jr. - Bar # 5468
Christophe L. Faucheux - Bar # 36452
Lindsay M. Faucheux - Bar # 37115
Post Office Box 1960
197 Belle Terre Blvd. (70068)
LaPlace, LA 70069-1960
Telephone: (985) 651-2889

***PLEASE SERVE:***

***National Union Fire Insurance Company of Pittsburghh, PA***
***Through Its Agent for Service***
***Louisiana Secretary of State***
8585 Archives Avenue
Baton Rouge, LA 70809

40th JUDICIAL DISTRICT COURT

PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

DANICE PITTMAN

VERSUS

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

FILED: _____ DEPUTY CLERK: _____

Eliana DeFrancesch - Clerk of Court
Filed: Dec 30, 2019  2:04 PM

133617183

*VERIFICATION*

**STATE OF LOUISIANA**

**PARISH OF ST. JOHN THE BAPTIST**

**BEFORE ME,** the undersigned authority, personally came and appeared:

***Danice Pittman***

who, being by me first duly sworn, did depose and say:

1) That she is the plaintiff in the above matter;

2) That she has read the Petition for Breach of Contract;

3) That all of the allegations contained herein in the above Petition for Breach of Contract are true and correct to the best of her knowledge and belief.

_____
***Danice Pittman***

Sworn to and Subscribed Before Me, Notary Public, this 14th day of June, 2019.

_____
Robert R. Faucheux, Jr. (Bar # 5468)
Notary Public, # 45531
My Commission Is For Life.

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



7019 1120 0000 2371 6381

WED 22 JAN 2020 PM

ZIP 70802
005.10
JAN 22 2020
U.S. POSTAGE PITNEY BOWES
000367315

SS151-A